IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER HYDE, | : | Civil Action No. 4:13-CV-02394 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| NORTHUMBERLAND COUNTY | : | |
| PROBATION DEPARTMENT, | : | |
| AND UNKNOWN WOMAN | : | |
| PROBATION SUPERVISOR, | : | |
| JANE DOE | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | (Magistrate Judge Schwab) |
| Defendants. | : | |

**ORDER**

October 31, 2013

**BACKGROUND:**

The undersigned has given full and independent consideration to the

thorough September 24, 2013 report and recommendation of Magistrate Judge

Susan E. Schwab.  An objection was filed on October 10, 2013, ECF No. 5.

In his objection, the plaintiff did not present any legally valid arguments to

1

alter the outcome of Magistrate Judge Schwab's analysis.

Because this Court agrees with Magistrate Judge Schwab's thorough analysis the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.   United States Magistrate Judge Susan E. Schwab's Report and Recommendation is ADOPTED in full.  September 24, 2013, ECF No. 4.

2.   Plaintiff's Motion to proceed *in forma paupris*, ECF No. 2 is granted.

3.   The action is dismissed with prejudice.

4.   The clerk is directed to close the case file.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge